UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                         CASE NO. 06-cr-0034 CMK

        vs.                                      ORDER TO PAY

DANIEL ESTEBAN MORALES


YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

Count I      Fine: $ 500.00       Assessment: $ 25.00
Count II     Fine: $ 500.00       Assessment: $ 25.00
Count III    Fine: $              Assessment: $
Count IV     Fine: $              Assessment: $
Count V      Fine: $              Assessment: $

( X )   FINE TOTAL OF $1,000.00 and a penalty assessment of $50.00, payment to begin immediately.

( )     RESTITUTION OF $_____.

( X )   PROBATION to be unsupervised for a period of twelve (12) months. Probation to terminate upon payment in full of all financial conditions imposed hereunder.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to Clerk, USDC, 501 I Street, Sacramento, CA 95814.

Your check or money order must indicate your name and case number.


DATED:   December 6, 2006.


                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE